**NOT FOR PUBLICATION WITHOUT THE
APPROVAL OF THE APPELLATE DIVISION**

This opinion shall not "constitute precedent or be binding upon any court."
Although it is posted on the internet, this opinion is binding only on the
parties in the case and its use in other cases is limited. R.1:36-3.

SUPERIOR COURT OF NEW JERSEY
APPELLATE DIVISION
DOCKET NO. A-0603-15T2

CUMMINS POWER SYSTEMS, LLC,

    Plaintiff-Respondent,

v.

ABSOLUTE POWER SYSTEMS, INC.
and JAMES NEMEC,

    Defendants-Appellants.

_____

Submitted April 3, 2017 — Decided  April 11, 2017

Before Judges Nugent and Haas.

On appeal from Superior Court of New Jersey,
Law Division, Burlington County, Docket No.
L-1897-13.

Thomas P. Connelly, Jr., attorney for
appellants.

Cooper Levenson, P.A., attorneys for
respondent (Rona Zucker Kaplan, on the brief).

PER CURIAM

    We have been advised that this matter has been amicably adjusted and the parties have stipulated to the dismissal of this appeal.  Accordingly, the appeal is dismissed with prejudice and without costs.

I hereby certify that the foregoing
is a true copy of the original on
file in my office.

CLERK OF THE APPELLATE DIVISION